UNITED STATES of America, Appellant, v. Alan Walker RICE.

No. 10485.

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1935.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

Peter S. Rask, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed, pursuant to agreement of counsel, without costs to either party in this court.

UNITED STATES of America, Appellant, v. Charles A. RIGGEN, Individually, etc.

No. 10366.

Circuit Court of Appeals, Eighth Circuit.

June 17, 1935.

For opinion below, see 10 F.Supp. 300.

E. G. Moon, U. S. Atty., of Des Moines, Iowa.

Maxwell A. O'Brien, of Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, etc., on motion of appellant.

UNITED STATES of America, and Henry A. Wallace, etc., Appellants, v. E. S. SMALL, Appellee.

No. 7888.

Circuit Court of Appeals, Ninth Circuit.

Nov. 19, 1935.

James M. Simpson, U. S. Atty., of Spokane, Wash., MacAsbill, Sp. Asst. to Atty. Gen., Harold M. Stephens, Asst. Atty. Gen., and Seth Thomas, Sol., U. S. Dept. of Agriculture, and Arthur C. Bachrach, John J. Abt, and Walter V. Schæfer, Agricultural Adjustment Admin., all of Washington, D. C., and S. R. Clegg, Asst. U. S. Atty., of Spokane, Wash., for appellants.

Rigg, Brown & Halverson, of Yakima, Wash., for appellee.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellants, and by direction of the court, ordered, appeal in above cause dismissed; mandate forthwith.